IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01849-RPM-MEH

RICK'S CRANE SERVICES, INC.,

    Plaintiff,

v.

COMBINED TRANSPORT, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2010.**

    The Stipulated Motion to Amend Scheduling Order [filed March 18, 2010; docket #18] is **denied without prejudice** as premature. The Court will discuss any necessary extending of deadlines at the continued Settlement Conference set for May 10, 2010.