IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01849-RPM-MEH

RICK'S CRANE SERVICES, INC.,

     Plaintiff,

v.

COMBINED TRANSPORT, INC.,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2010.**

     The Stipulated Motion to Amend Scheduling Order in Regard to Expert Witness Disclosures . . . [filed April 2, 2010; docket #21] is **granted in part** and **denied in part**. The deadline for the designation of experts is extended up to and including **June 25, 2010**. The deadline for the designation of rebuttal experts is extended up to and including **July 20, 2010**, commensurate with the current deadline for discovery in this matter. All other set dates and deadlines remain the same.