IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01849-RPM-MEH

RICK'S CRANE SERVICES, INC.,

    Plaintiff,

v.

COMBINED TRANSPORT, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2010.**

    The Stipulated Motion to Vacate Settlement Conference and Request for Expedited Relief [filed May 6, 2010; docket #24] is **granted**. The Settlement Conference currently scheduled for May 10, 2010 is hereby **vacated**. The parties shall file dismissal papers with the Court on or before May 21, 2010.