IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01849-RPM-MEH

RICK'S CRANE SERVICES, INC.,

    Plaintiff,

v.

COMBINED TRANSPORT, INC.,

    Defendant.

___

## ORDER FOR DISMISSAL
___

    Pursuant to the Stipulated Motion to Dismiss [27], it is

    ORDERED that this action is dismissed with prejudice, each party to bear and pay their own costs and attorney fees.

    DATED: May 10th, 2010

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge